FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>ANDREW NORRIS ZACK,<br><br>    Defendant. | No. 1:21-CR-02008-SAB-1<br><br><br>**ORDER DISMISSING**<br><br>**INDICTMENT** |

Defendant was sentenced on December 2, 2025, in two related cases, *see* 1:21-CR-02028-SAB-1 and 1:23-CR-02037-SAB-7. At the sentencing hearing, the United States orally moved to dismiss the Indictment in the above-captioned case. The Court granted the motion. This Order memorializes the Court's oral ruling.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Indictment filed on February 9, 2021 the above-caption matter, ECF No. 1 is **DISMISSED**, with prejudice.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order, furnish copies to counsel and **close** the file.

**DATED** this 5th day of December 2025.

Stan Bastian
Chief United States District Judge

**ORDER DISMISSING INDICTMENT** ~ 1